| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY SUPERIOR |
| | ) SS: | COURT |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01-0611-CT-1188 |

JUDITH and CLAUDE ROSS,                      )
                                                              )
                    Plaintiffs,                            )
                                                              )
        vs.                                                  )
                                                              )
ALLEGIANT AIR,                                      )
                                                              )
                    Defendant.                           )

## NOTICE OF FILING REMOVAL

The defendant, Allegiant Air, hereby notifies the Court that defendant has filed the

attached *Notice of Removal* with the United States District Court for the Southern District of

Indiana, Indianapolis Division. Pursuant to 28 U.S.C. Section 1446(d), this Notice "shall effect

removal and the State Court shall proceed no further unless and until the case is remanded."

NORRIS CHOPLIN & SCHROEDER, LLP

Richard L. Norris (#9665-49)
Attorneys for Defendant, Allegiant Air

NORRIS CHOPLIN & SCHROEDER, LLP
101 West Ohio Street, 9th Floor
Indianapolis, IN  46204-4213
317/269-9330
Fax: 317/269-9338

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on December _29_, 2006, to:

Mr. Ronald W. Frazier
*FRAZIER & ASSOCIATES*
612 East Market Street
Indianapolis, IN 46202

Richard L. Norris

2

**SUMMONS**

IN THE ~~MARION~~ CIRCUIT AND SUPERIOR COURTS

JUDITH ROSS,                            )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )        Cause No.:
                                        )
ALLEGIANT AIR and RENO/TAHOE            )    **29 D 0 1    0 6 1 1** $CT$ $1188$
INTERNATONAL AIRPORT and                )
G2 SUPPORT STAFF, LLC                   )
                                        )
        Defendants.                     )

TO DEFENDANT:        Allegiant Air
                     Attn: Highest Ranking Officer
                     3301 N. Buffalo Drive, Suite B9
                     Las Vegas, NV 89129

        You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

        The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

        An answer or other appropriate response in writing to the complaint must be filed by you or your attorney within twenty (20) days, commencing the day after you receive this summons, (or twenty-three (23) days if this summons was received by mail), or a judgment may be rendered against you for the relief demanded by plaintiff.

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.

        If you need an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated:     NOV 2 9 2006

                                                    Clerk, Marion County
                                                           CLERK OF COURTS

(The following manner of Service of Summons is hereby designated. )
xx_____Registered or Certified Mail
_____Service on Individual
_____Service at place of employment, to-wit: _____
_____Private Service

Ronald W. Frazier, #13975-48              FRAZIER & ASSOCIATES
Attorney for Plaintiff                    612 East Market Street
                                          Indianapolis, Indiana 46202
                                          Address

                                          (317) 916-9999
                                          Telephone

STATE OF INDIANA )   IN THE HAMILTON COUNTY SUPERIOR COURT
                 ) SS:
COUNTY OF HAMILTON )   CAUSE NO.:   **29 D 0 1   0 6 1 1**  *CT//88*

JUDITH AND CLAUDE ROSS, )
                        )
    Plaintiff, )
                        )
    vs. )
                        )
ALLEGIANT AIR and RENO/TAHOE )
INTERNATIONAL AIRPORT, and G2 )
SUPPORT STAFF, L.L.C. )
                        )
    Defendants. )

*FILED*

*2006 NOV 20  AM 9: 21*

*CLERK, HAMILTON COUNTY COURTS*

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating _X_      Responding ___      Intervening ___

1.    The undersigned attorney and all attorneys listed on this form now appear in this
      case for the following party member(s): Judith Ross

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and
      for case information as required by Trial Rules 3.1 and 77(B) is as follows:

      **Name:**    Ronald W. Frazier                **Atty. Number:** 13975-48
                   Ian W. Thompson                                   25835-49
      **Address:** FRAZIER & ASSOCIATES            **Phone:** (317) 916-9999
                   612 East Market Street           **FAX:** (317) 917-7730
                   Indianapolis, Indiana 46202      **Email:** ron@frazierlaw.net

3.    *If first initiating party filing this case,* the Clerk is requested to assign this case the
      following Case Type under Administrative Rule 8(b)(3) ___CT___.

4.    There are other party members  Yes ___    No _X_.

5.    The above attorney **will not** accept service by FAX at the above noted number.

6.    This case involves support issues  Yes ___  No _X_  *(If yes, supply social security
      numbers for all family members on continuation page).*

7.    Are there related cases?  Yes ___    No _X_  *(If yes, list on continuation page).*

8.     This form has been served on all other parties.  Yes __X__  No ___

FRAZIER & ASSOCIATES

Ronald W. Frazier, #13975-48
Attorney for Plaintiff, Judith Ross

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202
317/916-9999

STATE OF INDIANA ) IN THE HAMILTON COUNTY SUPERIOR COURT
) SS:
COUNTY OF HAMILTON ) CAUSE NO.: **29D01   0611** $CT //88$

JUDITH AND CLAUDE ROSS, )
)
    Plaintiff, )
)
    vs. )
)
ALLEGIANT AIR and RENO/TAHOE )
INTERNATIONAL AIRPORT, and G2 )
SUPPORT STAFF, L.L.C. )
)
    Defendants. )

FILED
2006 NOV 20 AM 9: 22

## COMPLAINT

COMES NOW the plaintiffs, Judith and Claude Ross, by counsel, and for their

cause of action against Defendants, Allegiant Air, Reno/Tahoe International Airport and

G2 Support Staff, L.L.C., states and alleges as follows:

1. On or about the evening of November 22, 2005, Judith Ross was rightfully

on the grounds of the Reno/Tahoe International Airport as a business invitee.

2. On or about the evening of November 22, 2005, Judith Ross was getting

ready to board an Allegiant Air flight.

3. Allegiant Air flies out of the Reno/Tahoe International Airport.

4. That Defendant G2 Support Staff, L.L.C. has as its principal place of

business 3625 W. Royal Lane, Suite 125, Irving, Texas 75063.

5. That Defendant G2 Support Staff provides passenger assistance including

but not limited to wheelchair agents.

6. During the normal course of business, defendants provide wheel chair services for passengers.

7. Defendants negligently placed a wheelchair against the wall of the airport terminal.

8. Defendants failed to provide a safe path for Mrs. Ross to board the plane.

9. Defendants failed to keep objects out of walking path of Mrs. Ross.

10. Defendants owed Mrs. Ross a duty of care.

11. Defendants failed to coordinate an area where unused wheelchairs would be out of the way for boarding passengers.

12. Defendants failed to provide an area where unused wheelchairs would be out of the way for boarding passengers.

13. Defendants failed to provide adequate staff to make sure that Mrs. Ross would have an unobstructed path to board the plane.

14. That as a result of defendants' negligence, Mrs. Ross tripped over a wheel chair while attempting to board the airplane.

15. That as a proximate cause of defendants' negligence, Mrs. Ross has been seriously and permanently injured and damaged in the following respects:

    a. she has sustained pain, suffering and mental anguish;

    b. she has incurred medical expenses; and

    c. she has sustained a right humeral head fracture, nondisplaced fracture of the right fifth proximal phalanx, and a fracture of the right fifth proximal toe

16.    That Claude Ross has sustained a loss of consortium and lost wages as a
result of the incident.

WHEREFORE, the plaintiffs, Judith Ross and Claude Ross, by counsel, requests
judgment against the defendants, Allegiant Air, Reno/Tahoe International Airport and G2
Support Staff, L.L.C. in an amount which will fully and fairly compensate them for all
injuries and damage, for their costs, for trial by and jury and for all other proper relief.

Respectfully submitted,

FRAZIER & ASSOCIATES

Ronald W. Frazier, #13975-48
Attorney for Plaintiff, Judith Ross

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202
317/916-9999

## JURY TRIAL DEMAND

COMES NOW the Plaintiffs, Judith and Claude Ross, by counsel, and demands

that this matter be tried to a jury.

Respectfully submitted,

FRAZIER & ASSOCIATES

Ronald W. Frazier, #13975-48
Attorney for Plaintiffs, Judith and
Claude Ross

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202
317/916-9999

# NORRIS
# CHOPLIN &
# SCHROEDER, LLP

ATTORNEYS AT LAW

RICHARD L. NORRIS⁕·
JOHN M. CHOPLIN, II
PETER A. SCHROEDER*
BRUCE L. KAMPLAIN*
NELSON A. NETTLES
JOSEPH P. MAGUIRE*
SCOTT A. HARKNESS

* Registered Civil Mediator

MATTHEW W. MELTON
J. KIRK LEBLANC
MICHELLE A. SPAHR
CYNTHIA E. LASHER
THOMAS B. BAYS

Of Counsel:
RAYMOND L. FAUST
MARY JO WEDDING*
KYLE A. JONES*
MARGARET A. JONES
JAMES D. MATTHEWS

December 8, 2006/

**Certified Article Number**

**7160 3901 9849 6213 7381**

**SENDERS RECORD**

Ms. Tammy Baitz, Clerk
HAMILTON COUNTY SUPERIOR COURT
106 Government & Judicial Center
One Hamilton County Square
Noblesville, IN 46060-2233

> RE:  Judith and Claude Ross vs. Allegiant Air, *et al.*
>       Hamilton County Superior Court
>       Cause No. 29D01-0611-CT-1188
>       Our File No. Y065394

Dear Ms. Baitz:

Enclosed please find the originals and copies of our *Appearance, Motion for Extension of Time and proposed Order* thereon which we are filing on behalf of the defendant, Allegiant Air. Please file the originals with the Court and return file-marked copies to me in the enclosed business reply envelope. Also enclosed is our CCS Entry.

Please note that the enclosed are being mailed by CERTIFIED MAIL, return receipt requested, on December 8, 2006, and should be file-marked as of that date pursuant to Trial Rule 5(F). Please place this letter in the Court's file for future reference.

Thank you for your help. Please call me if you have any questions.

Very truly yours,

NORRIS CHOPLIN & SCHROEDER, LLP

Richard L. Norris

/cb

Enclosures

cc:    Mr. Ronald W. Frazier w/encls.

)

**HAMILTON COUNTY SUPERIOR COURT**

FILED
DEC 1 2006 - 8

~Jammy Bait~
CLERK OF THE
HAMILTON SUPERIOR COURT

CCS ENTRY

JUDITH and CLAUDE ROSS

v.

ALLEGIANT AIR and RENO / TAHOE
INTERNATIONAL AIRPORT and
G2 SUPPORT STAFF LLC

Cause No. ___29D01-0611-CT-1188

**RECEIVED**

DEC 1 9 2006

Date: December 8, 2006 **NORRIS, CHOPLIN & SCHROEDER**

Judge's Approval:_____

The Clerk will please enter the following entry on the Chronological Case Summary (This entry will not appear in the Record of Orders and Judgments):

*The defendant, Allegiant Air, by counsel, files the (1) Appearance of Richard L. Norris, (2) Motion for Extension of Time to Respond to Plaintiffs' Complaint; and (3) Proposed Order thereon.*

Submitted by:

Richard L. Norris (#9665-49)_____
Attorneys for Defendant, Allegiant Air, *only*

NORRIS CHOPLIN & SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330

NOTICE: Pursuant to Local Rule 4.1, this form must accompany all filings with the Circuit, Superior or County Courts of Hamilton County. This form may not be used as an order of the Court. Pursuant to Local Rule 4.2, a separate order must be submitted with each request for relief.

This section for Court usage only:

CODE _____      Entered by: _____

STATE OF INDIANA     )
                   ) SS:
COUNTY OF HAMILTON   )

IN THE HAMILTON COUNTY SUPERIOR
COURT         **NORRIS, CHOPLIN & SCHROEDER**
CAUSE NO. 29D01-0611-CT-1188

JUDITH and CLAUDE ROSS,     )
                              )
       Plaintiffs,          )
                              )
       vs.                     )
                              )
ALLEGIANT AIR and RENO / TAHOE  )
INTERNATIONAL AIRPORT and     )
G2 SUPPORT STAFF, LLC,        )
                              )
       Defendants.        )

**FILED**

DEC 17 2006

*(signature)*
CLERK OF THE
HAMILTON SUPERIOR COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating _____   Responding _✓_   Intervening

1.   The undersigned attorney and all attorneys listed on this form now appear in this case
    for the following party member(s):

      **ALLEGIANT AIR**

2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for
    case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Richard L. Norris          Atty Number: 9665-49
    Firm: NORRIS CHOPLIN & SCHROEDER, LLP
    Address: 101 West Ohio Street        Phone: 317/269-9330
    Suite 900                      Fax   317/269-9338
    Indianapolis, IN 46204-4213      Computer Address: Rnorris@ncs-law.com

3.   There are other party members: Yes _✓_  No ___ *(If yes, list on continuation page.)*

      (1) RENO / TAHOE INTERNATIONAL AIRPORT  AND
      (2) G2 SUPPORT STAFF LLC

4.   *If first initiating party filing this case,* the Clerk is requested to assign this case the
    following Case Type under Administrative Rule 8(b)(3): _____

5.   I will accept service by FAX at the above noted number: Yes _✓_  No

1

6. This case involves support issues. Yes __ No ✓ *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: Yes __ No ✓ *(If yes, list on continuation page.)*

8. This form has been served on all other parties.
   Certificate of Service is attached: Yes ✓ No __

9. Additional information required by local rule: _____

NORRIS CHOPLIN & SCHROEDER, LLP

Richard L. Norris (#9665-49)
Attorneys for Defendant, Allegiant Air *only*

NORRIS CHOPLIN & SCHROEDER, LLP
101 West Ohio Street, 9th Floor
Indianapolis, IN 46204-4213
317/269-9330
Fax: 317/269-9338

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on December $\cancel{8}$, 2006, to:

Mr. Ronald W. Frazier
*FRAZIER & ASSOCIATES*
612 East Market Street
Indianapolis, IN 46202

Richard L. Norris

DEC **1 9** 2006

STATE OF INDIANA )          IN THE HAMILTON COUNTY SUPERIOR
                  ) SS:      COURT                **NORRIS, CHOPLIN & SCHROEDER**
COUNTY OF HAMILTON )         CAUSE NO. 29D01-0611-CT-1188

JUDITH and CLAUDE ROSS,          )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )
                                 )                **FILED**
ALLEGIANT AIR and RENO / TAHOE   )          DEC 17 12-8
INTERNATIONAL AIRPORT and        )                2006
G2 SUPPORT STAFF, LLC,           )
                                 )          CLERK OF THE
        Defendants.             )          HAMILTON SUPERIOR COURT

## MOTION FOR EXTENSION OF TIME

The defendant, Allegiant Air, by counsel, respectfully requests an extension of time

within which to respond to plaintiffs' complaint and in support thereof would show the Court

as follows:

1.      No prior extensions have been requested.

2.      Defendant's answer is currently due on or about December 28, 2006, and that

time has not yet expired.

3.      The undersigned counsel for the defendant has just been retained and has not yet

had an opportunity to conduct his preliminary investigation into the incident alleged in

plaintiffs' complaint.

4.      The undersigned will reasonably require an additional thirty (30) days from

December 28, 2006, within which to conduct his investigation, assemble and review relevant

materials, confer with his client and place defendant's response in final form for subsequent

filing with this Court.

WHEREFORE, the defendant, Allegiant Air, by counsel, respectfully requests the Court

to issue an Order granting it an additional thirty (30) days from December 28, 2006, within

which to respond to plaintiffs' complaint, to and including *January 27, 2007.*

NORRIS CHOPLIN & SCHROEDER, LLP

Richard L. Norris (#9665-49)
Attorneys for Defendant, Allegiant Air *only*

NORRIS CHOPLIN & SCHROEDER, LLP
101 West Ohio Street, 9th Floor
Indianapolis, IN 46204-4213
317/269-9330
Fax: 317/269-9338

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on December 8, 2006, to:

Mr. Ronald W. Frazier
*FRAZIER & ASSOCIATES*
612 East Market Street
Indianapolis, IN 46202

Richard L. Norris

DEC 1 9 2006

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY SUPERIOR |
| | ) SS: | COURT NORRIS, CHOPLIN & SCHROEDER |
| COUNTY OF MARION | ) | CAUSE NO. 29D01-0611-CT-1188 |

JUDITH and CLAUDE ROSS,  )

Plaintiffs,  )

vs.  )

ALLEGIANT AIR and RENO / TAHOE  )
INTERNATIONAL AIRPORT and  )
G2 SUPPORT STAFF, LLC,  )

Defendants.  )

**FILED**

DEC 13 2006

CLERK OF THE
HAMILTON SUPERIOR COURT

### ORDER ON EXTENSION OF TIME TO
### RESPOND TO PLAINTIFFS' COMPLAINT

The defendant, Allegiant Air, has filed its Motion for Extension of Time in which to respond to plaintiffs' complaint. The Court has read this motion and, being duly advised in this matter, now finds that this motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall have an additional thirty (30) days, to and including *January 27, 2007*, in which to respond to plaintiffs' complaint.

DATED: DEC 12 2006

Steven R. Nation

Judge, Hamilton County Superior Court No. 1

Copies to:

Richard L. Norris, NORRIS CHOPLIN & SCHROEDER LLP, 101 West Ohio Street, Suite 900, Indianapolis, IN 46204-4213

Ronald W. Frazier, *FRAZIER & ASSOCIATES*, 612 East Market Street, Indianapolis, IN 46202

DEC 11 2006

STATE OF INDIANA       )          IN THE HAMILTON SUPERIOR COURT NO. 1
                       )SS:
COUNTY OF HAMILTON     )          CAUSE NO. 29D01 _0611- CT-1188_

Judith Rose
_____ )
                         )
_____ )       **FILED**
             Plaintiff (s),)
                         )        DEC 8 2006
        -vs-             )
Allegiant Air, et al     )        CLERK OF THE
                         )        HAMILTON SUPERIOR COURT
_____ )
             Defendant (s).)

JUDGE'S ENTRY OF December 5 , 2006

The Clerk shall enter the following on the CCS and shall place
this Entry in the RJO: Request for Jury trial is hereby granted.

SO ORDERED THIS ___5___ DAY OF December , 2006.
                                    Steven R. Nation

                              _____
                              Steven R. Nation, Judge
                              Hamilton Superior Court No. 1

Distribution:

SEE CCS
R. Frazier
Allegiant Air
Reno/Tahoe Airport Authority
G2 Support Staff LLC

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
) SS:
COUNTY OF HAMILTON ) CAUSE NO.: 29D01-0611-CT-001188

JUDITH AND CLAUDE ROSS, )
)
    Plaintiff, )
)
    vs. )
)
ALLEGIANT AIR and RENO/TAHOE )
INTERNATIONAL AIRPORT, and G2 )
SUPPORT STAFF, L.L.C. )
)
    Defendants. )

**FILED**

**DEC 1 1 2006**

CLERK OF THE
HAMILTON SUPERIOR COURT

## MOTION TO DISMISS WITHOUT PREJUDICE

The plaintiffs, Judith and Claude Ross, by counsel, hereby dismiss their claim,

without prejudice, against defendant G2 Support Staff, LLC in the above-captioned

matter, only. Plaintiffs' claims against the other two defendants remain pending.

Respectfully submitted,

FRAZIER & ASSOCIATES

Ronald W. Frazier, #13977-48
Attorney for Plaintiffs,
Judith and Claude Ross

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202
317/916-9999

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent via first class

United States mail postage paid this $\text{8} \text{1} \text{1}$ day of December, 2006 to the following:

KathyBaucom
Risk Manager
G2 Secure Staff
3625 West Royal Lane, Suite 125
Irving, TX 75063

Ronald W. Frazier

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202

STATE OF INDIANA     )     HAMILTON COUNTY SUPERIOR COURT
                             ) SS:
COUNTY OF HAMILTON  )     CAUSE NO.: 29D01-0611-CT-001188

| | |
|---|---|
| JUDITH AND CLAUDE ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLEGIANT AIR and RENO/TAHOE | ) |
| And INTERNATIONAL AIRPORT, | ) |
| | ) |
| Defendants. | ) |

**FILED**

DEC 1 3 2006

~~Jammy Bait~~
CLERK OF THE
HAMILTON SUPER:

## ORDER DISMISSING CLAIM AGAINST
## DEFENDANT G2 SUPPORT STAFF, LLC

The plaintiffs, Judith and Claude Ross, by counsel, have filed their Motion to

Dismiss Without Prejudice in the above-captioned cause, dismissing their claim against

defendant G2 Support Staff, LLC, only. Plaintiffs' claims against the other two

defendants remain pending.

And the Court, being duly advised in this matter, now finds that said motion

should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that plaintiffs' claim

against defendant G2 Support Staff, LLC, only, is hereby dismissed, without prejudice.

Plaintiffs' claims against the other two defendants remain pending.

Dated:     DEC 1 2 2006

*Steven R. Nation*

JUDGE, Hamilton County Superior Court 1

DISTRIBUTION TO:

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202

KathyBaucom
Risk Manager
G2 Secure Staff
3625 West Royal Lane, Suite 125
Irving, TX 75063

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
) SS: **NORRIS, CHOPLIN & SCHROEDER**
COUNTY OF HAMILTON ) CAUSE NO.: 29D01-0611-CT-001188

JUDITH AND CLAUDE ROSS, )
)
    Plaintiff, )
)
    vs. )
)
ALLEGIANT AIR and RENO/TAHOE )
INTERNATIONAL AIRPORT, )
)
    Defendants. )

## MOTION TO DISMISS WITHOUT PREJUDICE

The plaintiffs, Judith and Claude Ross, by counsel, hereby dismiss their claim,

without prejudice, against defendant Reno/Tahoe International Airport in the above-

captioned matter, only. Plaintiffs' claim against defendant Allegiant Air remains

pending.

Respectfully submitted,

FRAZIER & ASSOCIATES

Ronald W. Frazier, #13978-48
Attorney for Plaintiffs,
Judith and Claude Ross

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202
317/916-9999

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent via first class

United States mail postage paid this ___22nd___ day of December, 2006 to the following:

Steven Springer
Kightlinger & Gray
151 North Delaware Street, Suite 600
Indianapolis, IN  46204

Richard L. Norris
Norris Choplin & Schroeder
101 West Ohio Street, 9th Floor
Indianapolis, IN  46204-4213

_____
Ronald W. Frazier

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN  46202

**RECEIVED**

DEC **2 6** 2006

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
 ) SS: **NORRIS, CHOPLIN & SCHROEDER**
COUNTY OF HAMILTON ) CAUSE NO.: 29D01-0611-CT-001188

JUDITH AND CLAUDE ROSS, )
 )
    Plaintiff, )
 )
    vs. )
 )
ALLEGIANT AIR, )
 )
    Defendant. )

## ORDER DISMISSING CLAIM AGAINST
## DEFENDANT RENO/TAHOE INTERNATIONAL AIRPORT

    The plaintiffs, Judith and Claude Ross, by counsel, have filed their Motion to

Dismiss, Without Prejudice, in the above-captioned cause, dismissing their claim against

defendant Reno/Tahoe International Airport, only. Plaintiffs' claim against defendant

Allegiant Air remains pending.

    And the Court, being duly advised in this matter, now finds that said motion

should be granted.

    It is therefore ORDERED, ADJUDGED and DECREED that plaintiffs' claim

against defendant Reno/Tahoe International Airport, only, is hereby dismissed, without

prejudice. Plaintiffs' claim against defendant Allegiant Air remains pending.

Dated:_____     _____

                        JUDGE, Hamilton County Superior Court 1

DISTRIBUTION TO:

FRAZIER & ASSOCIATES
612 East Market Street
Indianapolis, IN 46202

Steven Sringer
Kightlinger & Gray, LLP
151 North Delaware, Suite 600
Indianapolis, IN 46204

Richard L. Norris
Norris Choplin & Schroeder
101 West Ohio Street, 9th Floor
Indianapolis, IN 46204-4213